PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>                      Plaintiff, <br><br> v. <br><br> ERIC MICHAEL JAKLITSCH, <br><br>                      Defendant. | CASE NO. 2:21-MJ-0182 DB <br><br> ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT -- 18 U.S.C. § 3161(B) <br><br> DATE: TBD <br> TIME: TBD <br> COURT: Hon. Deborah Barnes |

The Court has read and considered the government's Motion for Exclusion of Time Under the Speedy Trial Act, filed on January 7, 2022. The Court hereby finds that the Motion's factual basis and accompanying Declaration, which this Court incorporates by reference into this Order, demonstrates good cause and extraordinary circumstances warranting granting the requested exclusion of time under the Speedy Trial Act, including 18 U.S.C. §§ 3161(b), (h)(1)(F) and (h)(7)(A). The circumstances also warrant a continuation of the preliminary hearing under Federal Rule 5.1(d) to the earliest date the defendant appears in this District.

Furthermore, for the reasons set forth in government's Motion and Declaration, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal

cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The time between December 16, 2021 and January 13, 2022, shall be excluded from Speedy Trial Time calculations pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(1)(F).
2. The date of the preliminary hearing is extended to the earliest date the defendant first appears in this District.

IT IS SO ORDERED.

Dated: January 10, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER

2