PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:22-CR-00015 WBS |
| Plaintiff, | AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| ERIC MICHAEL JAKLITSCH, | DATE: February 28, 2022 TIME: 9:00 a.m. COURT: Hon. William B. Shubb |
| Defendant. | |

**STIPULATION**

1.      By previous order, this matter was set for status on February 28, 2022.

2.      By this stipulation, the defendant now move to continue the status conference until April 25, 2022 at 9:00 a.m., and to exclude time between February 28, 2022, and April 25, 2022, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes over 9,400 pages of law enforcement reports, EDD records, bank records, witness statements, photographs, and search warrant items.  The government also has new discovery that is available to defense counsel for inspection, including jail phone call recordings.  The government is also still working on extracting data from electronic devices seized from the defendant's apartment.  All this discovery has been either produced directly to counsel and/or is

available to the defense for inspection and copying under the current Protective Order.

b)      Counsel for defendant desire additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review discovery for this matter, to discuss potential resolutions with his client, and to otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 28, 2022 to April 25, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  / / /

2      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

3  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

4  must commence.

5      IT IS SO STIPULATED.

6

7

8  Dated:  February 23, 2022                    PHILLIP A. TALBERT
                                               United States Attorney

9

10                                             /s/ ROBERT J. ARTUZ
                                               ROBERT J. ARTUZ
11                                             Assistant United States Attorney

12

13  Dated:  February 23, 2022                  /s/ ALEX KESSEL
                                               Alex Kessel
14                                             Counsel for Defendant
                                               ERIC MICHAEL JAKLITSCH

15

16

17

18                              **ORDER**

19      IT IS SO FOUND AND ORDERED.

20      Dated:  February 23, 2022

21                                             WILLIAM B. SHUBB
                                               UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME              3
PERIODS UNDER SPEEDY TRIAL ACT