PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00015 WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| ERIC MICHAEL JAKLITSCH, | DATE: July 25, 2022 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. William B. Shubb |

**STIPULATION**

1. By previous order, this matter was set for status on July 25, 2022.

2. By this stipulation, the defendant now move to continue the status conference until September 19, 2022 at 9:00 a.m., and to exclude time between July 25, 2022, and September 19, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 9,900 pages and items of law enforcement reports, EDD records, bank records, ID.me records, witness statements, photographs, jail call recordings, and search warrant items. The government has also recently produced new discovery, including a Cellebrite extraction report for electronic devices seized from the defendant. All this discovery, including the seized

///

electronic devices, has been either produced directly to counsel and/or is available to the defense for inspection and copying under the current Protective Order.

  b)  Counsel for defendant desire additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review discovery for this matter, to discuss potential resolutions with his client, and to otherwise prepare for trial.

  c)  Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d)  The government does not object to the continuance.

  e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 25, 2022 to September 19, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 20, 2022							PHILLIP A. TALBERT
								United States Attorney


								/s/ ROBERT J. ARTUZ
								ROBERT J. ARTUZ
								Assistant United States Attorney


Dated: July 20, 2022							/s/ ALEX KESSEL
								Alex Kessel
								Counsel for Defendant
								ERIC MICHAEL JAKLITSCH


**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: July 20, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE