PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00015 WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| ERIC MICHAEL JAKLITSCH, | DATE: November 14, 2022 TIME: 9:00 a.m. COURT: Hon. William B. Shubb |
| Defendant. | |

**STIPULATION**

1.  By previous order, this matter was set for status on November 14, 2022.

2.  By this stipulation, the defendant now moves to continue the status conference until January 9, 2023 at 9:00 a.m., and to exclude time between November 14, 2022, and January 9, 2023, under Local Code T4.  The parties also request that the status be converted into a likely change-of-plea hearing.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes over 9,900 pages and items of law enforcement reports, EDD records, bank records, ID.me records, witness statements, photographs, jail call recordings, and search warrant items. The government also produced additional discovery that is available to defense counsel for inspection, including Cellebrite extraction reports for certain electronic devices seized from the

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

defendant. The government also recently provided additional discovery to the defendant that relates to alleged crimes committed in the District of New Jersey, which relate to the charges in this case. All this discovery has been either produced directly to counsel and/or is available to the defense for inspection and copying under the current Protective Order.

      b)     The parties are still in discussions regarding the United States Attorney's Office in the District of New Jersey filing of an Information that would charge alleged crimes in that district that relate to the charges in the Eastern District of California. The parties are also still discussing the possibility of a global resolution that will allow the defendant to plead guilty in this District to certain charges of the indictment in this case and anticipated charges in the District of New Jersey under Rule 20 of the Federal Rules of Civil Procedure. Under such an agreement, which the parties expect to be filed in this Court before the January 9 hearing, the defendant would both plead guilty to such charges and be sentenced under both charging documents in this District and by this Court.

      c)     Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review discovery for this matter and for the matter in the District of New Jersey, to discuss potential resolutions with his client, and to otherwise prepare for trial.

      d)     Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)     The government does not object to the continuance.

      f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 14, 2022 to January 9, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis

of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 9, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ DENISE N. YASINOW
DENISE N. YASINOW
Assistant United States Attorney

Dated:  November 9, 2022

/s/ ALEX KESSEL
Alex Kessel
Counsel for Defendant
ERIC MICHAEL JAKLITSCH

**ORDER**

IT IS SO ORDERED.

Dated:  November 9, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3