UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC MICHAEL JAKLITSCH,<br><br>    Defendant. | No. 2:22-cr-00015 WBS<br><br><br><br>ORDER RELATING CASES |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC MICHAEL JAKLITSCH,<br><br>    Defendant. | No. 2:22-cr-00239 JAM |

----oo0oo----

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because they involve the same parties and involve overlapping evidence for similar charged crimes. Accordingly, the assignment of the

1

1 | matters to the same judge is likely to effect a substantial
2 | saving of judicial effort and is also likely to be convenient for
3 | the parties.
4 |       The parties should be aware that relating the cases
5 | under Local Rule 123 merely has the result that both actions are
6 | assigned to the same judge; no consolidation of the actions is
7 | effected.  Under the regular practice of this court, related
8 | cases are generally assigned to the judge and magistrate judge to
9 | whom the first filed action was assigned.
10 |       IT IS THEREFORE ORDERED that the actions denominated
11 | United States v. Jaklitsch, 2:22-cr-00015 WBS, and United States
12 | v. Jaklitsch, 2:22-cr-00239 JAM, be, and the same hereby are,
13 | deemed related.  The case denominated United States v. Jaklitsch,
14 | 2:22-cr-00239 JAM, shall be reassigned to Judge WILLIAM B. SHUBB.
15 | Any dates currently set in the reassigned case only are hereby
16 | VACATED.  Henceforth, the captions on documents filed in the
17 | reassigned case shall be shown as United States v. Jaklitsch,
18 | 2:22-cr-00239 WBS.
19 |       IT IS FURTHER ORDERED that the Clerk of the Court make
20 | an appropriate adjustment in the assignment of cases to
21 | compensate for this reassignment.
22 | Dated:  December 7, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE