PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-0015 WBS<br>2:22-CR-0239 WBS |
|---|---|
| Plaintiff, | |
| v. | STIPULATION REGARDING CHANGE OF PLEA HEARING; ORDER |
| ERIC MICHAEL JAKLITSCH, | DATE: January 9, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |
| Defendant. | |

**STIPULATION**

1. By previous order, a status conference was set for January 9, 2023, in the matter 2:22-cr-0015. *See* 2:22-cr-0015, ECF 38.

2. On December 8, 2022, this Court adopted newly transferred case 2:22-cr-0239 and deemed it related to the previous case. *See* 2:22-cr-0015, ECF 41; 2:22-cr-0239, ECF 3.

3. By this stipulation, the parties request that the status conference set for January 9, 2023, in 2:22-cr-0015 be converted into a change-of-plea hearing. The parties also request that, at that same hearing, the Court arraign defendant on the Information found at 2:22-cr-0239, allow him to waive Indictment, and conduct a change-of-plea hearing.

IT IS SO STIPULATED.

STIPULATION REGARDING CHANGE-OF-PLEA HEARING    1

Dated:  December 12, 2022  PHILLIP A. TALBERT
 United States Attorney

 /s/ DENISE N. YASINOW
 DENISE N. YASINOW
 Assistant United States Attorney

Dated:  December 12, 2022  /s/ ALEX KESSEL
 Alex Kessel
 Counsel for Defendant
 ERIC MICHAEL JAKLITSCH

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  December 12, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE