UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC MICHAEL JAKLITSCH,<br><br>    Defendant. | No. 2:22-cr-15 WBS<br><br><br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC MICHAEL JAKLITSCH,<br><br>    Defendant. | No. 2:22-cr-239 WBS |

----oo0oo----

On May 22, 2023, defendant was sentenced to a total term of 81 months' imprisonment in Case No. 2:22-cr-15 WBS and Case No. 2:22-cr-239 WBS.  Defendant, through retained counsel, has filed identical motions to reduce his sentence under 18

1

U.S.C. § 3582(c)(2) and Amendment 821 in both cases.  (Docket No. 63 in Case No. 2:22-cr-15 WBS; Docket No. 27 in Case No. 2:22-cr-239 WBS.)  The United States shall file any opposition to defendant's motions no later than sixty (60) days from the date of this order.  Defendant may file a combined reply no later than thirty (30) days from the date of the filing of the United States' opposition.  After briefing is complete, the court will take the motions under submission and will inform the parties if oral argument or further proceedings are necessary.

        IT IS SO ORDERED.

Dated:  March 7, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE